UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
HERLINDA FRANCISCO,
*on behalf of herself and class of similarly
situated individuals,*

                  Plaintiff,

                  v.

NYTEX CARE, INC., d/b/a GREEN &
WHITE DRY CLEANERS, and
INSUN YUN,
                  Defendants.
---------------------------------------------------------------X

JUDGMENT
19-CV-4606 (PKC) (ST)

      A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on December 10, 2019, granting Defendants' motion to dismiss in its entirety; it is

      ORDERED and ADJUDGED that Defendants' motion to dismiss is granted in its entirety.

Dated: Brooklyn, New York
       December 12, 2019

                                                 Douglas C. Palmer
                                                 Clerk of Court

                                   By:    */s/Jalitza Poveda*
                                                   Deputy Clerk